IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| U.S. ANESTHESIA PARTNERS OF TEXAS, P.A., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES., *et al.*, <br><br> Defendants. | 2:23-CV-206-Z |

**JUDGMENT**

Pursuant to this Court's Memorandum Opinion and Order (ECF No. 44), the above-styled case should be and hereby is **DISMISSED**.

**SO ORDERED**.

March 26, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE